NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**HAREN S. GANDHI, JOHN VITO CAVATAIO,
ROBERT HENRY HAMMERLE, AND YISUN CHENG,**
*Appellants,*

**v.**

**BRIGITTE BANDL-KONRAD, ANDREAS
HERTZBERG, BERND KRUTZSCH, ARNO NOLTE,
MARKUS PAULE, STEFAN RENFFTLEN,
NORBERT WALDBUESSER, MICHEL WEIBEL,
GUENTER WENNINGER, AND ROLF WUNSCH,**
*Appellees.*

———————————

2014-1087

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 105,839.

-------------------------------------------------------------------------

**HAREN S. GANDHI, JOHN VITO CAVATAIO,
ROBERT HENRY HAMMERLE, AND YISUN CHENG,**
*Appellees,*

**v.**

**BRIGITTE BANDL-KONRAD, ANDREAS
HERTZBERG, BERND KRUTZSCH, ARNO NOLTE,**

2                          GANDHI v. BANDL-KONRAD

**MARKUS PAULE, STEFAN RENFFTLEN,**
**NORBERT WALDBUESSER, MICHEL WEIBEL,**
**GUENTER WENNINGER, AND ROLF WUNSCH,**
*Appellants.*

———————————————

2014-1088

———————————————

Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board in No. 105,839.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Brigitte Bandl-Konrad et al. move without opposition
to withdraw their cross-appeal (Appeal No. 2014-1088).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  2014-1088 is dismissed.
The revised official caption for 2014-1087 is reflected
above.

(2) Each side shall bear its own costs in 2014-1088.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE (As To 2014-1088 Only):
April 2, 2014
s30